GERTRUDE SOHMER, Appellant, v. JOHN S. SOHMER, Respondent.— Judgment

unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.